ACCEPTED
01-15-00544-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/19/2015 9:45:42 AM
CHRISTOPHER PRINE
CLERK





August 19, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/19/2015 9:45:42 AM

CHRISTOPHER A. PRINE
Clerk

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

      RE:    *Court of Appeals Number: 01-15-00544-CV; Trial Court Case Number: 2010-40764*

Dear Mr. Prine,

Please allow this letter to serve as a response as required by this Court's August 18, 2015, letter regarding the failure of filing the trial court record. The Kendall Law Group has repeatedly contacted the Harris County Clerk's office inquiring into the status of the clerk's record. However, each time the clerk let us know that they were busy and would get us the invoice as soon as possible. The Harris County Clerk repeatedly requested extensions from this Court, not because the Appellants had failed to pay for the record, but because the clerk's office had not completed compiling the record.

At 2:48 p.m. on August 17, 2015, the Harris County District Clerk faxed their first invoice to the Kendall Law Group. A true and correct copy of the facsimile is attached as Exhibit A. On August 18, 2015, the Kendall Law Group processed the invoice, and a check in the full amount of the invoice was mailed to the Harris County District Clerk. A true and correct copy of the check and letter enclosing the check is attached as Exhibit B. The Kendall Law Group would have overnighted the check to the Harris County District Clerk; however, the Harris County District Clerk only provided a P.O. Box as address for delivery in their invoice.

The Kendall Law Group is concerned and dismayed that the Harris County District Clerk's office would represent to this Court that the delay in filing the clerk's record was due to non-payment by the Kendall Law Group. Such representation to this Court occurred on the same day that the Harris County District Clerk forwarded the invoice requesting payment to the Kendall Law Group. The Kendall Law Group paid the invoice immediately after receipt of invoice.

For such reasons, the Kendall Law Group respectfully prays that this Court does not dismiss this appeal for failure to file the trial court record.

Sincerely,

Jamie J. McKey

3232 McKinney Avenue, Suite 700 ■ Dallas, Texas 75204
(214) 744-3000 telephone ■ (214) 744-3015 fax ■ (877) 744-3728 toll free ■ www.kendalllawgroup.com